**EXHIBIT A**

**Exhibit A**

## Doe #1 (141.157.45.108 2005-08-21 20:14:43 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Sister Sledge | We Are Family | We Are Family | 6-182 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| Motown Record Company, L.P. | 98 Degrees | Invisible Man | 98 Degrees | 249-152 |
| Motown Record Company, L.P. | Boyz II Men | Song For Mama | Evolution | 240-088 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | The Way You Make Me Feel | Bad | 84-256 |

**Exhibit A**

## Doe  #2 (68.162.103.234 2005-08-15 14:12:07 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Faith Hill | If My Heart Had Wings | Breathe | 276-629 |
| Warner Bros. Records Inc. | Faith Hill | Just to Hear You Say That You Love Me | Faith | 253-752 |
| UMG Recordings, Inc. | Shania Twain | Don't Be Stupid | Come On Over | 243-502 |
| BMG Music | Lorrie Morgan | Something In Red | Something in Red | 128-457 |
| BMG Music | Alabama | Born Country | Born Country | 235-743 |

**Exhibit A**

**Doe #3 (68.161.23.54 2005-08-22 02:33:28 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Chic | Le Freak | C'est Chic | 4-546 |
| UMG Recordings, Inc. | Elton John | Something About The Way You Look Tonight | The Big Picture | 248-256 |
| SONY BMG MUSIC ENTERTAINMENT | Bonnie Tyler | Total Eclipse of the Heart | Faster than the Speed of Night | 50-641 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |
| Arista Records LLC | Toni Braxton | Another Sad Love Song | Toni Braxton | 208-619 |

**Exhibit A**

**Doe #4 (129.44.250.156 2005-09-01 12:06:02 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Kelis | Good Stuff | Kaleidoscope | 277-087 |
| SONY BMG MUSIC ENTERTAINMENT | George Michael | One More Try | Faith | 92-432 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Can't Let Go | Emotions | 134-831 |
| Arista Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| Arista Records LLC | Whitney Houston | If I Told You That | My Love is Your Love | 298-453 |
| BMG Music | Luther Vandross | Take You Out | Luther Vandross | 298-047 |

**Exhibit A**

## Doe #5 (141.155.9.181 2005-08-18 23:14:14 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| Priority Records LLC | NWA | Automobile | Efil4zaggin' | 137-627 |
| Interscope Records | Dr. Dre | Still D.R.E. | 2001 | 277-983 |
| UMG Recordings, Inc. | Mary J. Blige | Seven Days | Share My World | 238-818 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Hate Me Now | I Am | 175-149 |
| Arista Records LLC | Clipse | Grindin' | Lord Willin' | 321-673 |
| Arista Records LLC | TLC | Red Light Special | CrazySexyCool | 198-743 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| Arista Records LLC | Whitney Houston | How Will I Know | Whitney Houston | 60-716 |
| UMG Recordings, Inc. | Ludacris | Southern Hospitality | Back For the First Time | 289-433 |
| Arista Records LLC | Usher | How Do I Say | 8701 | 307-207 |
| BMG Music | Tyrese | Just a Baby Boy | 2000 Watts | 293-345 |

**Exhibit A**

## Doe #6 (141.157.195.62 2005-08-16 18:49:20 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Seal | Kiss From A Rose | Seal | 194-147 |
| Capitol Records, Inc. | Billy Idol | Rebel Yell | Rebel Yell | 52-131 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | My All | Butterfly | 244-014 |
| BMG Music | Cristian | Mi Vida Sin Tu Amor | Mi Vida Sin Tu Amor | 291-400 |
| BMG Music | Christina Aguilera | I Turn To You | Christina Aguilera | 274-004 |
| Fonovisa, Inc. | Cristian | No Podras | Agua Nueva | 143-920 |

**Exhibit A**

## Doe #7 (141.157.234.179 2005-08-24 01:30:43 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Billie Jean | Thriller | 41-965 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Hate Me Now | I Am | 175-149 |
| Arista Records LLC | Pink | Most Girls | Can't Take Me Home | 279-958 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| Atlantic Recording Corporation | Trick Daddy | Pull Over | Thugs Are Us | 303-748 |
| UMG Recordings, Inc. | Ja Rule | Put It On Me | Rule 3:36 | 270-080 |

**Exhibit A**

## Doe #8 (141.157.235.72 2005-09-07 01:45:08 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Bug A Boo | The Writing's on the Wall | 268-936 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Billie Jean | Thriller | 41-965 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Hate Me Now | I Am | 175-149 |
| Arista Records LLC | Pink | Most Girls | Can't Take Me Home | 279-958 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| Atlantic Recording Corporation | Trick Daddy | Pull Over | Thugs Are Us | 303-748 |
| UMG Recordings, Inc. | Ja Rule | Put It On Me | Rule 3:36 | 270-080 |

**Exhibit A**

**Doe #9 (151.196.40.27 2005-08-11 21:23:55 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Sister Sledge | We Are Family | We Are Family | 6-182 |
| Atlantic Recording Corporation | Slave | Watching You | Stone Jam | 20-889 |
| Virgin Records America, Inc. | UB40 | Red Red Wine | Labour of Love | 49-244 |
| Motown Record Company, L.P. | Rick James | Fire and Desire | Street Songs | 25-800 |
| UMG Recordings, Inc. | Kelly Price | Friend of Mine | Soul of a Woman | 188-958 |
| UMG Recordings, Inc. | LL Cool J | Father | Phenomenon | 243-497 |
| SONY BMG MUSIC ENTERTAINMENT | George Michael | One More Try | Faith | 92-432 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man In The Mirror | Bad | 84-256 |
| BMG Music | SWV | Can We | Release Some Tension | 249-300 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | One Mic | Stillmatic | 305-698 |
| Arista Records LLC | TLC | No Scrubs | Fanmail | 298-454 |

**Exhibit A**

## Doe #10 (151.196.44.180 2005-09-02 02:20:26 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Slave | Watching You | Stone Jam | 20-889 |
| Warner Bros. Records Inc. | Jaheim | Could It Be | Ghetto Love | 295-088 |
| Virgin Records America, Inc. | Luther Vandross | I'm Only Human | I Know | 261-503 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| UMG Recordings, Inc. | Kelly Price | Friend of Mine | Soul of a Woman | 188-958 |
| UMG Recordings, Inc. | One Way | Cutie Pie | Who's foolin' who? | 34-505 |
| SONY BMG MUSIC ENTERTAINMENT | Johnny Kemp | Just Got Paid | Secrets of Flying | 92-433 |
| SONY BMG MUSIC ENTERTAINMENT | The Manhattans | Kiss and Say Goodbye | The Manhattans | 55-771 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Careless Whisper | Make It Big | 68-616 |
| Arista Records LLC | TLC | No Scrubs | Fanmail | 298-454 |

Exhibit A

## Doe #11 (151.202.14.52 2005-09-12 23:07:16 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Jewel | Angel Standing By | Pieces of You | 198-481 |
| Virgin Records America, Inc. | Enigma | Sadeness | MCMXC, A.D. | 126-800 |
| Virgin Records America, Inc. | Enigma | Knocking On Forbidden Doors | MCMXC, A.D. | 126-800 |
| Arista Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| Atlantic Recording Corporation | Jewel | Hands | Spirit | 261-953 |
| Capitol Records, Inc. | Norah Jones | Feelin' the Same Way | Come Away With Me | 320-120 |

**Exhibit A**

## Doe #12 (151.202.92.148 2005-08-17 21:57:50 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| Motown Record Company, L.P. | Brian McKnight | You Could Be The One | Back At One | 279-471 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| Arista Records LLC | Usher | Can U Help Me | 8701 | 307-207 |
| Arista Records LLC | Usher | My Way | My Way | 257-730 |

**Exhibit A**

## Doe #13 (151.205.164.227 2005-08-19 12:16:06 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Foreigner | Waiting For A Girl Like You | Foreigner 4 | 27-769 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Fast Car | Tracy Chapman | 92-491 |
| Warner Bros. Records Inc. | Van Halen | Panama | 1984 (MCMLXXXIV) | 52-319 |
| Capitol Records, Inc. | Megadeth | Symphony of Destruction | Countdown to Extinction | 175-385 |
| SONY BMG MUSIC ENTERTAINMENT | Ricky Martin | She's All I Ever Had | Ricky Martin | 278-159 |
| Arista Records LLC | Usher | My Way | My Way | 257-730 |

**Exhibit A**

**Doe #14 (162.83.177.207 2005-08-17 14:59:11 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Chic | Le Freak | C'est Chic | 4-546 |
| Elektra Entertainment Group Inc. | Moby | James Bond Theme | I Like To Score | 252-365 |
| Capitol Records, Inc. | Duran Duran | Hungry Like the Wolf | Rio | 38-444 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Billie Jean | Thriller | 41-965 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Kiss Of Life | Love Deluxe | 183-731 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | The Sweetest Gift | Lovers Rock | 298-354 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | The Sweetest Taboo | Promise | 71-848 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Paradise | Stronger Than Pride | 93-822 |
| BMG Music | Eurythmics | Here Comes the Rain Again | Touch | 52-363 |

## Exhibit A

### Doe #15 (162.83.206.129 2005-08-26 05:11:51 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Third Eye Blind | Semi-Charmed Life | Third Eye Blind | 188-673 |
| Warner Bros. Records Inc. | Orgy | Fiction (Dreams In Digital) | Vapor Transmission | 288-413 |
| Capitol Records, Inc. | Everclear | Father of Mine | So Much for the Afterglow | 181-328 |
| Interscope Records | Eminem | Guilty Conscience | The Slim Shady LP | 262-686 |
| UMG Recordings, Inc. | Aqua | Barbie Girl | Aquarium | 243-903 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Because You Loved Me | Falling Into You | 224-159 |
| Arista Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | One Mic | Stillmatic | 305-698 |

**Exhibit A**

**Doe #16 (162.83.253.199 2005-08-17 03:33:04 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Priority Records LLC | Ice Cube | You Can Do It | War & Peace: Vol. 2 | 287-151 |
| Virgin Records America, Inc. | Spice Girls | Say You'll Be There | Spice | 201-276 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| UMG Recordings, Inc. | Nelly | Batter Up | Country Grammar | 281-782 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Bills, Bills, Bills | The Writing's on the Wall | 268-936 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Emotions | Emotions | 134-831 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | You Rock My World | Invincible | 304-780 |
| Arista Records LLC | Whitney Houston | My Love Is Your Love | My Love is Your Love | 298-453 |
| BMG Music | Alicia Keys | A Woman's Worth | Songs in A Minor | 299-410 |

**Exhibit A**

**Doe #17 (162.83.253.246 2005-08-21 20:33:10 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| Warner Bros. Records Inc. | Madonna | Don't Tell Me | Music | 285-828 |
| Virgin Records America, Inc. | Spice Girls | 2 Become 1 | Spice | 201-276 |
| Virgin Records America, Inc. | Spice Girls | Spice Up Your Life | Spiceworld | 261-523 |
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Close My Eyes | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | The Lady In My Life | Thriller | 41-965 |
| Arista Records LLC | TLC | If I Was Your Girlfriend | CrazySexyCool | 198-743 |
| Arista Records LLC | Whitney Houston | Run To You | Bodyguard Soundtrack | 152-583 |
| Arista Records LLC | Whitney Houston | Where Do Broken Hearts Go | Whitney | 89-966 |
| Interscope Records | Eve | Let Me Blow Ya Mind | Scorpion | 293-364 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Bootylicious | Survivor | 289-199 |

**Exhibit A**

**Doe #18 (162.84.109.12 2005-08-15 13:41:30 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Phish | Dirt | Farmhouse | 281-388 |
| Capitol Records, Inc. | George Clinton | Atomic Dog | Computer Games | 43-549 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| Virgin Records America, Inc. | Ben Harper | Another Lonely Day | Fight For Your Mind | 210-135 |
| Virgin Records America, Inc. | UB40 | Red Red Wine | Labour of Love | 49-244 |
| Virgin Records America, Inc. | UB40 | Baby | Labour Of Love II | 112-173 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Porch | Ten | 137-787 |
| BMG Music | Dave Matthews Band | Crash Into Me | Crash | 212-572 |
| Capitol Records, Inc. | Norah Jones | Cold Cold Heart | Come Away With Me | 320-120 |

## Exhibit A

### Doe #19 (162.84.197.121 2005-08-17 23:13:35 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| Warner Bros. Records Inc. | Madonna | Don't Tell Me | Music | 285-828 |
| Virgin Records America, Inc. | Spice Girls | 2 Become 1 | Spice | 201-276 |
| Virgin Records America, Inc. | Spice Girls | Spice Up Your Life | Spiceworld | 261-523 |
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Close My Eyes | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Vision Of Love | Mariah Carey | 118-408 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man In The Mirror | Bad | 84-256 |
| Arista Records LLC | TLC | If I Was Your Girlfriend | CrazySexyCool | 198-743 |
| Arista Records LLC | Whitney Houston | Run To You | Bodyguard Soundtrack | 152-583 |
| Arista Records LLC | Whitney Houston | Could I Have This Kiss Forever | Whitney The Greatest Hits | 284-891 |
| Interscope Records | Eve | Let Me Blow Ya Mind | Scorpion | 293-364 |

**Exhibit A**

**Doe #20 (162.84.233.186 2005-08-18 20:36:31 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| Virgin Records America, Inc. | Luther Vandross | I Know | I Know | 261-503 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| Arista Records LLC | No Mercy | Where Do You Go | No Mercy | 251-426 |
| Interscope Records | Eve | Let Me Blow Ya Mind | Scorpion | 293-364 |
| UMG Recordings, Inc. | Ludacris | Move Bitch | Word of Mouf | 304-605 |
| Arista Records LLC | Usher | My Way | My Way | 257-730 |

**Exhibit A**

**Doe #21 (162.84.79.51 2005-08-19 07:26:45 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Jewel | Foolish Games | Pieces of You | 198-481 |
| Elektra Entertainment Group Inc. | The Cure | Just Like Heaven | Kiss Me, Kiss Me, Kiss Me | 82-714 |
| Warner Bros. Records Inc. | Green Day | Good Riddance (Time of Your Life) | Nimrod | 244-558 |
| Capitol Records, Inc. | Bob Seger | C'Est la Vie | Greatest Hits | 282-270 |
| Virgin Records America, Inc. | UB40 | Red Red Wine | Labour of Love | 49-244 |
| UMG Recordings, Inc. | Counting Crows | A Long December | Recovering The Satellites | 226-415 |
| SONY BMG MUSIC ENTERTAINMENT | Meat Loaf | Paradise By The Dashboard Light | Bat Out Of Hell | N46849 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | No Ordinary Love | Love Deluxe | 183-731 |
| BMG Music | Vertical Horizon | Best I Ever Had (Grey Sky Morning) | Everything You Want | 277-868 |
| Arista Records LLC | Avril Lavigne | Sk8er Boi | Let Go | 312-786 |

**Exhibit A**

**Doe #22 (66.171.30.122 2005-08-15 00:26:19 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Priority Records LLC | NWA | She Swallowed It | Efil4zaggin' | 137-627 |
| SONY BMG MUSIC ENTERTAINMENT | Champaign | Try Again | Modern Heart | 44-098 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Rock With You | Off The Wall | 11-120 |
| Arista Records LLC | Kenny G | You Send Me | Kenny G Greatest Hits | 263-707 |
| Priority Records LLC | Snoop Dogg | Lay Low | Tha Last Meal | 317-638 |
| UMG Recordings, Inc. | Musiq | Religious | Juslisen | 308-859 |

**Exhibit A**

**Doe #23 (68.160.194.37 2005-08-26 23:23:30 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Goo Goo Dolls | Black Balloon | Dizzy Up the Girl | 246-538 |
| Capitol Records, Inc. | Bob Seger | Roll Me Away | Distance | 43-102 |
| Capitol Records, Inc. | Bob Seger | Against the Wind | Against the Wind | 17-910 |
| UMG Recordings, Inc. | Bon Jovi | Livin' on a Prayer | Slippery When Wet | 71-794 |
| UMG Recordings, Inc. | U2 | Where The Streets Have No Name | The Joshua Tree | 78-949 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Goodbye Earl | Fly | 275-086 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man In The Mirror | Bad | 84-256 |
| Arista Records LLC | Kenny G | Have Yourself A Merry Little Christmas | Miracles | 206-848 |
| Maverick Recording Company | Michelle Branch | You Get Me | The Spirit Room | 303-732 |

**Exhibit A**

**Doe #24 (68.161.113.48 2005-08-18 01:09:32 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Michael Bolton | Go The Distance | All That Matters | 248-898 |
| Arista Records LLC | Outkast | Elevators (Me & You) | Atliens | 233-296 |
| BMG Music | SWV | Downtown | It's About Time | 146-905 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | It Ain't Hard to Tell | Illmatic | 207-177 |
| Arista Records LLC | Usher | U Got It Bad | 8701 | 307-207 |

**Exhibit A**

**Doe #25 (68.161.116.5 2005-08-14 22:08:14 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Lil' Kim | Custom Made | The Notorious K.I.M. | 286-624 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| Interscope Records | Eve | Gotta Man | Let There Be Eve...Ruff Ryder's First Lady | 265-925 |
| Loud Records LLC | Mobb Deep | Quiet Storm Remix | Murda Muzik | 293-229 |
| Arista Records LLC | Pink | You Make Me Sick | Can't Take Me Home | 279-958 |
| Arista Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| Maverick Recording Company | Michelle Branch | Goodbye to You | The Spirit Room | 303-732 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Nasty Girl | Survivor | 289-199 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |
| Arista Records LLC | Toni Braxton | Another Sad Love Song | Toni Braxton | 208-619 |

**Exhibit A**

## Doe #26 (68.161.193.45 2005-09-08 09:49:43 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| Interscope Records | Eve | Gotta Man | Let There Be Eve...Ruff Ryder's First Lady | 265-925 |
| UMG Recordings, Inc. | DMX | One More Road To Cross | ...And Then There Was X | 279-017 |
| Loud Records LLC | Mobb Deep | Quiet Storm | Murda Muzik | 293-229 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | If You Had My Love | On The 6 | 267-571 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Whenever You Call | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | One Sweet Day | Daydream | 215-243 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| UMG Recordings, Inc. | Ludacris | Move Bitch | Word of Mouf | 304-605 |

**Exhibit A**

**Doe #27 (68.161.212.223 2005-08-21 20:29:09 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| Capitol Records, Inc. | Billy Idol | Rebel Yell | Rebel Yell | 52-131 |
| Motown Record Company, L.P. | 98 Degrees | The Hardest Thing | 98 Degrees & Rising | 237-315 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Say My Name | The Writing's on the Wall | 268-936 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | My All | Butterfly | 244-014 |
| BMG Music | Cristian | Mi Vida Sin Tu Amor | Mi Vida Sin Tu Amor | 291-400 |
| BMG Music | Christina Aguilera | I Turn To You | Christina Aguilera | 274-004 |
| Fonovisa, Inc. | Cristian | No Podras | Agua Nueva | 143-920 |

**Exhibit A**

**Doe #28 (68.161.69.154 2005-08-19 11:21:50 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Goo Goo Dolls | Black Balloon | Dizzy Up the Girl | 246-538 |
| Warner Bros. Records Inc. | Madonna | Don't Tell Me | Music | 285-828 |
| Capitol Records, Inc. | Bob Seger | Roll Me Away | Distance | 43-102 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man In The Mirror | Bad | 84-256 |

**Exhibit A**

**Doe #29 (68.161.71.87 2005-08-25 17:42:14 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Moby | James Bond Theme | I Like To Score | 252-365 |
| Warner Bros. Records Inc. | Barenaked Ladies | One Week | Stunt | 257-724 |
| Capitol Records, Inc. | Poison | Unskinny Bop | Flesh and Blood | 119-355 |
| UMG Recordings, Inc. | Counting Crows | A Long December | Recovering The Satellites | 226-415 |
| BMG Music | Foo Fighters | Learn To Fly | There Is Nothing Left To Lose | 285-034 |

**Exhibit A**

**Doe  #30 (68.161.73.130 2005-08-19 13:01:39 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Third Eye Blind | Semi-Charmed Life | Third Eye Blind | 188-673 |
| London-Sire Records Inc. | Erasure | Oh l'Amour | Wonderland | 69-758 |
| Virgin Records America, Inc. | UB40 | Can't Help Falling In Love | Promises And Lies | 186-039 |
| UMG Recordings, Inc. | Sublime | Santeria | Sublime | 224-105 |
| UMG Recordings, Inc. | U2 | Stuck In A Moment You Can't Get Out Of | All That You Can't Leave Behind | 294-631 |
| UMG Recordings, Inc. | U2 | The Unforgettable Fire | The Unforgettable Fire | 72-483 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | You're My Home | Piano Man | N-12214 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Goodbye Earl | Fly | 275-086 |
| SONY BMG MUSIC ENTERTAINMENT | The Clash | Lost In The Supermarket | London Calling | 16-270 |
| BMG Music | Foo Fighters | Learn To Fly | There Is Nothing Left To Lose | 285-034 |

**Exhibit A**

**Doe #31 (68.237.2.234 2005-09-12 23:51:33 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Das EFX | They Want Efx | Dead Serious | 140-245 |
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| Capitol Records, Inc. | Poison | Fallen Angel | Open Up & Say....Ahh! | 93-741 |
| UMG Recordings, Inc. | Soft Cell | Tainted Love | Non-Stop Erotic Cabaret | 32-408 |
| UMG Recordings, Inc. | U2 | Pride (In The Name Of Love) | Rattle & Hum | 99-818 |
| Arista Records LLC | Dido | Here With Me | No Angel | 289-904 |
| BMG Music | Lit | My Own Worst Enemy | A Place in the Sun | 264-272 |

Exhibit A

**Doe  #32 (68.237.38.9 2005-08-31 01:08:30 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| UMG Recordings, Inc. | Mary J. Blige | Everything | Share My World | 238-818 |
| Arista Records LLC | Koffee Brown | After Party | Mars/Venus | 294-728 |
| Arista Records LLC | Toni Braxton | Fairy Tale | The Heat | 287-194 |
| UMG Recordings, Inc. | Musiq | Realove | Juslisen | 308-859 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Dangerously in Love | Survivor | 289-199 |

**Exhibit A**

**Doe #33 (68.237.42.76 2005-09-09 23:57:02 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| Arista Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| Arista Records LLC | Whitney Houston | I Have Nothing | Bodyguard Soundtrack | 152-583 |
| Priority Records LLC | Snoop Dogg | Lay Low | Tha Last Meal | 317-638 |
| UMG Recordings, Inc. | Ludacris | Move Bitch | Word of Mouf | 304-605 |
| Arista Records LLC | Usher | U Remind Me | 8701 | 307-207 |

Exhibit A

**Doe #34 (68.237.6.230 2005-09-06 03:56:52 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Missy Elliot | Beep Me 911 | Supa Dupa Fly | 245-232 |
| Virgin Records America, Inc. | Soul II Soul | Back To Life | Keep On Movin | 105-226 |
| SONY BMG MUSIC ENTERTAINMENT | Babyface | This Is For The Lover In You | The Day | 231-025 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Breakdown | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Billie Jean | Thriller | 41-965 |
| BMG Music | SWV | Right Here | It's About Time | 146-905 |
| UMG Recordings, Inc. | Dru Hill | Beauty | Enter the Dru | 290-402 |
| Arista Records LLC | Avril Lavigne | I'm With You | Let Go | 312-786 |

**Exhibit A**

**Doe #35 (68.237.81.163 2005-09-02 02:40:22 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| Arista Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| Arista Records LLC | Whitney Houston | I Have Nothing | Bodyguard Soundtrack | 152-583 |
| Priority Records LLC | Snoop Dogg | Lay Low | Tha Last Meal | 317-638 |
| UMG Recordings, Inc. | Ludacris | Move Bitch | Word of Mouf | 304-605 |
| Arista Records LLC | Usher | U Remind Me | 8701 | 307-207 |