**EXHIBIT 1**

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| kelbelle84@KaZaA | Sara Evans - Restless - 05 - Perfect.mp3 | Sara Evans | 5,673KB | Audio |
| kelbelle84@KaZaA | AlbumArt_{44A48110-BCCC-4869-B62E-072CC2B8CB4C}_... | Unknown | 6KB | Image |
| kelbelle84@KaZaA | Will Smith - Switch.mp3 | Will Smith | 7,770KB | Audio |
| kelbelle84@KaZaA | 01 - Born-To-Run.mp3 | Bruce Springsteen | 6,336KB | Audio |
| kelbelle84@KaZaA | AlbumArt_{44A48110-BCCC-4869-B62E-072CC2B8CB4C}_... | Unknown | 2KB | Image |
| kelbelle84@KaZaA | AlbumArt_{6C905FF-DCD9-4132-AFBC-63C6613BE765}_... | Unknown | 10KB | Image |
| kelbelle84@KaZaA | AlbumArt_{6C905FF-DCD9-4132-AFBC-63C6613BE765}_... | Unknown | 2KB | Image |
| kelbelle84@KaZaA | AlbumArt_{97A78D57-7DB2-4F09-A595-BAA3F9494414}_... | Unknown | 10KB | Image |
| kelbelle84@KaZaA | Toxic.wma | Britney Spears | 3,206KB | Audio |
| kelbelle84@KaZaA | Kaci - I'm Not Anybody's Girl.wma | Kaci | 1,911KB | Audio |
| kelbelle84@KaZaA | AlbumArt_{97A78D57-7DB2-4F09-A595-BAA3F9494414}_... | Unknown | 2KB | Image |
| kelbelle84@KaZaA | 09_Jealousy.mp3 | Natalie Merchant | 2,524KB | Audio |
| kelbelle84@KaZaA | AlbumArt_{D9A5EE60-9880-48C6-8CA9-DC364E125D43}_... | Unknown | 13KB | Image |
| kelbelle84@KaZaA | Destiny's Child - Survivor (NEW SINGLE!).mp3 | Destinys Child | 2,966KB | Audio |
| kelbelle84@KaZaA | AlbumArt_{D9A5EE60-9880-48C6-8CA9-DC364E125D43}_... | Unknown | 2KB | Image |
| kelbelle84@KaZaA | AlbumArt_{DE6CEDB8-7029-490C-AC41-A23D8277AEA5}_... | Unknown | 7KB | Image |
| kelbelle84@KaZaA | Matt Wertz - Everything's Right.mp3 | Matt Wertz | 1KB | Audio |
| kelbelle84@KaZaA | John Reuben - Do Not.mp3 | John Reuben | 2,630KB | Audio |
| kelbelle84@KaZaA | 13 - Mystery Of Mercy.mp3 | Caedmon's Call | 4,574KB | Audio |

Found 1548 files | 1,889,191 users online, sharing 495,002,009 files (4,7..., 0: Not sharing any files)

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

New Search | Web | My Kazaa | Download | Theater | Search | Traffic | Search Field | Shop | Tell A Friend

User: kelbelle84@kazaa

| Filename | Artist | Size | Media Type |
|---|---|---|---|
| John Reuben - Do Not.mp3 | John Reuben | 1,982KB | Audio |
| 13 - Mystery Of Mercy.mp3 | Caedmons Call | 4,574KB | Audio |
| Chris Rice - Big Enough.mp3 | Chris Rice | 2,922KB | Audio |
| Usher - Caught Up (1).mp3 | Usher | 1,121KB | Audio |
| Sweet Southern Comfort Buddy Jewell Buddy Jewell.wma | Buddy Jewel | 1,687KB | Audio |
| Gloria Estephan - 1, 2, 3.mp3 | Gloria Estefan | 2,480KB | Audio |
| 15 - Secret Garden.mp3 | Bruce Springsteen | 6,249KB | Audio |
| 1988 Olympic Theme.mp3 | John Williams | 3,853KB | Audio |
| Carolyn Dawn Johnson - Simple Life.mp3 | Carolyn Dawn Johnson | 3,308KB | Audio |
| Hilary Duff - Come Clean (1).wma | Hilary Duff | 2,104KB | Audio |
| Natalie Merchant - She'll Make Her Way (1).mp3 | Natalie Merchant | 4,176KB | Audio |
| Sarah McLachlan - Better than Ice Cream.MP3 | Sarah McLachlan | 2,568KB | Audio |
| AlbumArt_{039FDA74-793F-434C-98BB-302EFCCB6BB5}_... | Unknown | 7KB | Image |
| the pretenders - Only Human On the Inside.mp3 | Pretenders | 3,681KB | Audio |
| TV Themes - Sports - NFL Football Gametime (1).mp3 | Theme | 1,275KB | Audio |
| ALABAM~5.MP3 | Alabama | 2,564KB | Audio |
| ZOE Girl - Plain.mp3 | ZOEgirl | 5,552KB | Audio |
| Martina McBride - Let It Snow.mp3 | Martina McBride | 1,728KB | Audio |
| Carolyn Dawn Johnson - So Complicated.mp3 | Carolyn Dawn Johnson | 3,203KB | Audio |
| Britney Spears - Pepsi Commercial.mp3 | Britney Spears | 2,919KB | Audio |
| kelbelle84@kazaa | | | |

Found 1548 files | 1,889,191 users online, sharing 495,002,009 files (47,0... | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Kelbelle84@KaZaA | Carolyn Dawn Johnson - So Complicated.mp3 | Carolyn Dawn Johnson | 3,203KB | Audio |
| Kelbelle84@KaZaA | Britney Spears - Pepsi Commercial.mp3 | Britney Spears | 2,919KB | Audio |
| Kelbelle84@KaZaA | AlbumArt_{0039FDA74-793F-434C-98BB-302EFCCB6BB5}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | 12--Mandy Moore -- Have A Little Faith In Me.wma | Mandy Moore | 3,819KB | Audio |
| Kelbelle84@KaZaA | Frank Sinatra - Fly Me To The Moon.mp3 | Frank Sinatra | 2,678KB | Audio |
| Kelbelle84@KaZaA | Send Your Rain.mp3 | Passion | 1,954KB | Audio |
| Kelbelle84@KaZaA | 01 Stand.wma | Jewel | 4,599KB | Audio |
| Kelbelle84@KaZaA | (08) Stevie Wonder - Signed Sealed Delivered Im Yours.w... | Stevie Wonder | 1,564KB | Audio |
| Kelbelle84@KaZaA | 01 Clarity.mp3 | John Mayer | 6,384KB | Audio |
| Kelbelle84@KaZaA | 04 - Agnus Dei-Worthy.mp3 | Third Day | 7,531KB | Audio |
| Kelbelle84@KaZaA | The Corrs--Rebel Heart.mp3 | The Corrs | 3,857KB | Audio |
| Kelbelle84@KaZaA | Black Eyed Peas Feat_ Justin Timberlake--Where is the Lo... | Justin Timberlake | 1,804KB | Audio |
| Kelbelle84@KaZaA | UB40--The Way You Do the Things You.mp3 | UB40 | 4,352KB | Audio |
| 2 Users | 06--Crazy.mp3 | Mercy Me | 2,766KB | Audio |
| Kelbelle84@KaZaA | AlbumArt_{118E4947-51B8-4BAD-9568-9550DE80B303}_... | FFH | 2,852KB | Audio |
| Kelbelle84@KaZaA | 03-Shane Everett-Undying Love.mp3 | Shane Barnard | 2,491KB | Audio |
| Kelbelle84@KaZaA | 03 - It's a Good Day.mp3 | Unknown | 9KB | Image |
| Kelbelle84@KaZaA | AlbumArtSmall.jpg | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{118E4947-51B8-4BAD-9568-9550DE80B303}_L... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | Miles Davis- John Coltrane - Bye Bye Blackbird.mp3 | John Coltrane | 6,777KB | Audio |

Found 1548 files | 1,889,191 users online, sharing 495,802,009 files (47,0... Not sharing any files.

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

New search | Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Kelbelle84@kazaA | AlbumArt_{118E4947-51B8-4BAD-9568-9550DE80B303}_... | Unknown | 2KB | Image |
| Kelbelle84@kazaA | Miles Davis_John Coltrane - Bye Bye Blackbird.mp3 | John Coltrane | 6,777KB | Audio |
| Kelbelle84@kazaA | AlbumArt_{17F2D05B-B78A-43F6-9B51-110D4B37D0CF}_... | Unknown | 10KB | Image |
| Kelbelle84@kazaA | nickelback- too bad.mp3 | Nickelback | 5,444KB | Audio |
| Kelbelle84@kazaA | Natalie Merchant - San Andreas Fault (live).mp3 | Natalie Merchant | 4,700KB | Audio |
| Kelbelle84@kazaA | Martina McBride - White Christmas - 10 - Silent Night.mp3 | Martina Mcbride | 4,344KB | Audio |
| Kelbelle84@kazaA | Movie Clips - Gladiator (Cavalry).mp3 | Gladiator | 718KB | Audio |
| Kelbelle84@kazaA | 09samantha mumba - all i want for christmas.mp3 | Samantha Mumba | 4,756KB | Audio |
| Kelbelle84@kazaA | AlbumArt_{17F2D05B-B78A-43F6-9B51-110D4B37D0CF}_... | Unknown | 2KB | Image |
| Kelbelle84@kazaA | 04 - Rebecca St. James - God of Wonders.mp3 | Rebecca St. James | 3,954KB | Audio |
| Kelbelle84@kazaA | Gladiator Soundtrack--The Battle.mp3 | Gladiator Soundtrack | 3,827KB | Audio |
| Kelbelle84@kazaA | 11 - We Fall Down.mp3 | Passion | 6,740KB | Audio |
| Kelbelle84@kazaA | 7. Turn Me On .mp3 | Norah Jones | 2,705KB | Audio |
| Kelbelle84@kazaA | acoustic worship - Draw Me Close.mp3 | Wow Worship | 4,402KB | Audio |
| Kelbelle84@kazaA | AlbumArt_{23D1968B-86ED-44CB-AA1A-D4BB5E21AC79}_... | Unknown | 11KB | Image |
| Kelbelle84@kazaA | AlbumArt_{23D1968B-86ED-44CB-AA1A-D4BB5E21AC79}_... | Unknown | 2KB | Image |
| Kelbelle84@kazaA | 80's Cartoons - The Snorks.mp3 | Tv Themes | 992KB | Audio |
| Kelbelle84@kazaA | Tv Theme - The Price Is Right.mp3 | Tv Show Theme Songs | 1,656KB | Audio |
| Kelbelle84@kazaA | AlbumArt_{29D66684-A783-443B-9D0F-45329GEC354E}_... | Unknown | 6KB | Image |
| kelbelle84@kazaa | albumart_{29D66684-A783-443B-9D0F-45329GEC354E}_... | Unknown | 1KB | Image |

Found 1548 files | 1,889,191 users online, sharing 495,002,009 files (47.0 | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

New search | Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Kelbelle84@KaZaA | AlbumArt_{29D66684-A783-443B-9D0F-453296EC354E}_... | Unknown | 6KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{29D66684-A783-443B-9D0F-453296EC354E}_... | Unknown | 1KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{F0CE9EF1-49A3-4831-9598-9E6D2E789CCE}_... | Unknown | 11KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{F0CE9EF1-49A3-4831-9598-9E6D2E789CCE}_... | Unknown | 3KB | Image |
| Kelbelle84@KaZaA | I Get A Kick Out Of You.mp3 | Frank Sinatra | 3,014KB | Audio |
| Kelbelle84@KaZaA | Andrea Bocelli - Sogno.mp3 | Andrea Bocelli | 3,804KB | Audio |
| Kelbelle84@KaZaA | avalon - The Glory.mp3 | Avalon | 3,882KB | Audio |
| Kelbelle84@KaZaA | Breakaway - Consume Me.mp3 | Breakaway Ministries | 5,180KB | Audio |
| Kelbelle84@KaZaA | Breakaway - Goodness and Mercy.mp3 | Breakaway Ministries | 2,846KB | Audio |
| Kelbelle84@KaZaA | AlbumArt_{2DC862D7-D3BD-4B52-9A3A-4DEAAEEC8637}... | Unknown | 8KB | Image |
| Kelbelle84@KaZaA | Breakaway - Great Is Your Love.mp3 | Breakaway Ministries | 3,147KB | Audio |
| Kelbelle84@KaZaA | AlbumArt_{2DC862D7-D3BD-4B52-9A3A-4DEAAEEC8637}... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | Breakaway - I Surrender All.mp3 | Breakaway | 4,492KB | Audio |
| Kelbelle84@KaZaA | Jennifer Lopez - Play.mp3 | J.Lo | 1,676KB | Audio |
| Kelbelle84@KaZaA | J.Lo - 06 - If You Had My Love.mp3 | J.Lo | 5,872KB | Audio |
| Kelbelle84@KaZaA | J.Lo - 04 - I'm Real.mp3 | J.Lo | 6,064KB | Audio |
| Kelbelle84@KaZaA | J.Lo - 07 - Feelin So Good.mp3 | J.Lo | 5,244KB | Audio |
| Kelbelle84@KaZaA | J.Lo - 10 - Waiting For Tonight.mp3 | J.Lo | 6,381KB | Audio |
| Kelbelle84@KaZaA | Shania Twain - Honey I'm Home.mp3 | Shania Twain | 3,325KB | Audio |
| kelbelle84@kazaa | albumart_{2FD04B30-A63C-4823-8A35-905FB3345CE8}... | Unknown | 9KB | Image |

Found 1548 files | 1,889,191 Users online, sharing 495,002,009 files (4710... | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| kelbelle84@KaZaA | Shnia Twain - Honey I'm Home.mp3 | Shania Twain | 3,325KB | Audio |
| kelbelle84@KaZaA | AlbumArt_{2ED94B3A-AC8C-4828-8A7F-0A5FB3765CF8}_... | Unknown | 3KB | Image |
| kelbelle84@KaZaA | Redneck Woman, Gretchen Wilson.mp3 | Gretchen Wilson | 6,893KB | Audio |
| kelbelle84@KaZaA | Baz Luhrman - Sunscreen Speech Song.mp3 | Baz Luhrman | 6,723KB | Audio |
| kelbelle84@KaZaA | Martina McBride - Love's The Only House.mp3 | Martina McBride | 6,132KB | Audio |
| kelbelle84@KaZaA | Martina McBride - Blessed.mp3 | Martina McBride | 6,468KB | Audio |
| kelbelle84@KaZaA | Les Mis - Finale.mp3 | Les Miserables | 3,990KB | Audio |
| kelbelle84@KaZaA | AlbumArt_{2ED94B3A-AC8C-4828-8A7F-0A5FB3765CF8}_... | Unknown | 1KB | Image |
| kelbelle84@KaZaA | AlbumArt_{30341C1F-AA55-4094-8C0B-DF62822013F7}_... | Unknown | 7KB | Image |
| kelbelle84@KaZaA | AlbumArt_{30341C1F-AA55-4094-8C0B-DF62822013F7}_... | Unknown | 1KB | Image |
| kelbelle84@KaZaA | SheDaisy - Passenger Seat.mp3 | SheDaisy | 1,575KB | Audio |
| kelbelle84@KaZaA | AlbumArt_{34102431-64EB-4DFC-A89B-279B08CD024F}_... | Unknown | 5KB | Image |
| kelbelle84@KaZaA | Keith Urban - You'll Think of Me.wma | Keith Urban | 10KB | Audio |
| kelbelle84@KaZaA | AlbumArt_{3A6FFF43-2EF5-4074-BB98-6554EC3E585E}_L... | Unknown | 7KB | Image |
| kelbelle84@KaZaA | pdi - your redeeming love.mp3 | PDI | 2,321KB | Audio |
| kelbelle84@KaZaA | AlbumArt_{34102431-64EB-4DFC-A89B-279B08CD024F}_... | Unknown | 9KB | Image |
| kelbelle84@KaZaA | AlbumArt_{37F16B56-F67C-4E7F-8D40-E51656C558BA}_... | Unknown | 1KB | Image |
| kelbelle84@KaZaA | AlbumArt_{5D3708B4-2A48-48CF-A4D9-31FD90038C979} | Unknown | 2KB | Image |
| kelbelle84@kazaa | s club 7 - Never Had A Dream Come True.mp3 | S Club 7 | 3,777KB | Audio |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Kelbelle84@KaZaA | AlbumArt_{37F16B56-F67C-4E7F-8D40-E51656C558BA}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | S Club 7 - Never Had A Dream Come True.mp3 | S Club 7 | 3,772KB | Audio |
| Kelbelle84@KaZaA | shania twain-she's not just a pretty face{1}.wma | Shania Twain | 2,287KB | Audio |
| Kelbelle84@KaZaA | Weezer - Buddy Holly.mp3 | Weezer | 2,490KB | Audio |
| Kelbelle84@KaZaA | 02 This Love.wma | Maroon 5 | 1,635KB | Audio |
| Kelbelle84@KaZaA | AlbumArt_{5D370B84-2A48-48CF-A4D9-31FD9038C979}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | Safe In The Arms Of Love.mp3 | Winning London Soundtrac | 3,759KB | Audio |
| Kelbelle84@KaZaA | Love And Marriage.mp3 | Frank Sinatra | 1,402KB | Audio |
| Kelbelle84@KaZaA | Salt and Pepper - Shoop.mp3 | Salt and Pepper | 3,886KB | Audio |
| Kelbelle84@KaZaA | Salt N Peppa - Push It.mp3 | Salt N Peppa | 3,266KB | Audio |
| Kelbelle84@KaZaA | Samantha Mumba - Baby, Come Over (This Is Our Night).... | Samantha Mumba | 3,410KB | Audio |
| Kelbelle84@KaZaA | Samatha Mumba - I Gotta Tell You.mp3 | Samatha Mumba | 3,917KB | Audio |
| Kelbelle84@KaZaA | AlbumArt_{D8F678BD-D998-4F37-9015-BF773B8E8C2C}_... | Unknown | 11KB | Image |
| Kelbelle84@KaZaA | Santana_Wyclef Jean - Maria Maria.mp3 | Santana/Wyclef Jean | 2KB | Image |
| Kelbelle84@KaZaA | sara evans - Born To Fly (Single Edit).mp3 | Sara Evans | 3,180KB | Audio |
| Kelbelle84@KaZaA | Rebecca St.mp3 | Rebecca St. James | 5,049KB | Audio |
| Kelbelle84@KaZaA | sara groves - He's Always Been Faithful.mp3 | Sara Groves | 3,286KB | Audio |
| Kelbelle84@KaZaA | sara groves - past the wishing.mp3 | Sara Groves | 3,536KB | Audio |
| kelbelle84@kazaa | Sara McLauchlin - Building A Mystery.mp3 | Sara McLauchlin | 3,864KB | Audio |

Found 1548 files | 1,889,191 users online, sharing 495,002,009 files (4.7.0) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| kelbelle84@kazaA | sara groves - past the wishing.mp3 | Sara Groves | 3,716KB | Audio |
| kelbelle84@kazaA | Sara McLaughlin - Building A Mystery.mp3 | Sara McLaughlin | 3,864KB | Audio |
| kelbelle84@kazaA | AlbumArt_{EEF8B001-4DE5-47B1-BAE5-888D59CE5E1D}_... | Unknown | 7KB | Image |
| kelbelle84@kazaA | Sarah - Eden's Crush - Get Over Yourself.mp3 | Edens crush | 1,341KB | Audio |
| kelbelle84@kazaA | sarah mclaughlin - posession.mp3 | Sara Mclachlan | 4,372KB | Audio |
| kelbelle84@kazaA | Sarah McLaughlin - Sweet Surrender.mp3 | Sarah McLaughlin | 3,758KB | Audio |
| kelbelle84@kazaA | Sarah McLaughlin-I will Remember You.mp3 | Sarah McLaughlin | 4,502KB | Audio |
| kelbelle84@kazaA | savage garden - I Knew I Loved You Before I Me.mp3 | Savage Garden | 3,934KB | Audio |
| kelbelle84@kazaA | Savage Garden - To The Moon And Back.mp3 | Savage Garden | 5,324KB | Audio |
| kelbelle84@kazaA | AlbumArt_{EEF8B001-4DE5-47B1-BAE5-888D59CE5E1D}_... | Unknown | 1KB | Image |
| kelbelle84@kazaA | Selena - Dreaming Of You.mp3 | Selena | 4,909KB | Audio |
| kelbelle84@kazaA | Shaggy - Angel.mp3 | Shaggy | 3,683KB | Audio |
| kelbelle84@kazaA | Shaggy - It Wasn't Me.mp3 | Shaggy | 3,557KB | Audio |
| kelbelle84@kazaA | Shaggy+Janet Jackson - Mr Lover Lover.mp3 | Shaggy+Janet Jackson | 5,568KB | Audio |
| kelbelle84@kazaA | Shaggy_Lucky Day_Strength of a Woman_coolest.mp3 | Shaggy | 3,571KB | Audio |
| kelbelle84@kazaA | Shane Barnard - May the Words of My Mouth.mp3 | Shane Barnard | 6,556KB | Audio |
| kelbelle84@kazaA | Shania Twain - I'm Gonna Getcha Good (Pop Version).mp3 | Shania | 3,774KB | Audio |
| kelbelle84@kazaA | Shania Twain - Man! I Feel Like A Woman!.mp3 | Shania Twain | 3,633KB | Audio |
| kelbelle84@kazaA | Annie (Disney) - Maybe.mp3 | Annie | 3,918KB | Audio |
| kelbelle84@kazaA | Avalon - My Jesus I Love thee.mp3 | Avalon | 3,210KB | Audio |

Found 1548 files | 1,889,191 users online, sharing 495,002,009 files (47,0... | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| kelbelle84@KaZaA | Annie (Disney) - Maybe.mp3 | Annie | 3,918KB | Audio |
| kelbelle84@KaZaA | Avalon - My Jesus, I love thee.mp3 | Avalon | 3,210KB | Audio |
| kelbelle84@KaZaA | Shania Twain - You're Still The One.mp3 | Shania Twain | 3,313KB | Audio |
| kelbelle84@KaZaA | Beatles - I Saw Her Standing There.mp3 | Beatles | 2,638KB | Audio |
| kelbelle84@KaZaA | Bizet - Prelude from Carmen Suite No.1.mp3 | classical | 2,235KB | Audio |
| kelbelle84@KaZaA | OAR - Crazy Game of Poker.mp3 | OAR | 1,519KB | Audio |
| kelbelle84@KaZaA | Brady Bunch-Sunshine Day.mp3 | Brady Bunch | 2,368KB | Audio |
| kelbelle84@KaZaA | Breakaway - I Could Sing Of Your Love Forever.mp3 | Breakaway | 3,333KB | Audio |
| kelbelle84@KaZaA | Breakaway - In The Secret.mp3 | Breakaway | 3,648KB | Audio |
| kelbelle84@KaZaA | shaun groves - your renown.mp3 | Shaun Groves | 5,395KB | Audio |
| kelbelle84@KaZaA | Shedaisy - Ever Kiss Before This.mp3 | Shedaisy | 2,986KB | Audio |
| kelbelle84@KaZaA | Shedaisy - Little Goodbyes.mp3 | SheDaisy | 3,167KB | Audio |
| kelbelle84@KaZaA | Breakaway - Love Of My Life.mp3 | Breakaway | 3,082KB | Audio |
| kelbelle84@KaZaA | Breakaway - Shout To The Lord.mp3 | Breakaway | 4,707KB | Audio |
| kelbelle84@KaZaA | Oldies - The Monkees - Im A Believer.mp3 | The Monkees | 2,616KB | Audio |
| kelbelle84@KaZaA | Breakaway Ministries - At the Cross.mp3 | Breakaway | 3,136KB | Audio |
| kelbelle84@KaZaA | oldies Coasters - Yakity Yak.mp3 | oldies | 1,746KB | Audio |
| kelbelle84@KaZaA | caedmons call - lead of love.mp3 | Caedmons Call | 3,720KB | Audio |
| kelbelle84@KaZaA | caedmons call - oh lord your love.mp3 | Caedmons Call | 3,514KB | Audio |

Found 1548 files   1,889,191 users online, sharing 495,002,009 files (47,0... Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

New Search | Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Kelbelle84@KaZaA | caedmons call - oh lord your love.mp3 | Caedmons Call | 3,514KB | Audio |
| Kelbelle84@KaZaA | cam'ron - Hey Ma#1.mp3 | Cam'ron | 3,455KB | Audio |
| Kelbelle84@KaZaA | Cant_Hang - Coast_to_Coast (1).mp3 | Can't-Hang | 3,499KB | Audio |
| Kelbelle84@KaZaA | Chris-Rice - 04 O Holy Night.mp3 | Chris Rice | 1,528KB | Audio |
| Kelbelle84@KaZaA | chris rice - clumsy.mp3 | Chris Rice | 2,846KB | Audio |
| Kelbelle84@KaZaA | Chris Rice - Naive.mp3 | Chris Rice | 3,270KB | Audio |
| Kelbelle84@KaZaA | Chris Rice - Welcome To Our World.mp3 | Chris Rice | 2,606KB | Audio |
| Kelbelle84@KaZaA | Christian - Maranatha! - I Exalt Thee.mp3 | Maranatha! | 2,768KB | Audio |
| Kelbelle84@KaZaA | Christian PW - Vineyard - You Alone.mp3 | Passion | 4,555KB | Audio |
| Kelbelle84@KaZaA | Rocket Man.mp3 | Elton John | 4,406KB | Audio |
| Kelbelle84@KaZaA | Seal - Waiting For You - Seal IV - 03.mp3 | Seal | 5,154KB | Audio |
| 2 Users | Shane Barnard - [THE PSALMS CD1]Names'Sake.mp3 | Shane Barnard | 2,698KB | Audio |
| Kelbelle84@KaZaA | 04 I Love You.wma | p. diddy, nelly, murphy lee | 2,325KB | Audio |
| Kelbelle84@KaZaA | Lincoln Brewster - More Like You.mp3 | Lincoln Brewster | 2,590KB | Audio |
| Kelbelle84@KaZaA | Seal - Love is divine.mp3 | Seal | 4,352KB | Audio |
| Kelbelle84@KaZaA | 10-Caedmon's Call-Never Gonna Let Go.mp3 | Caedmons Call | 4,678KB | Audio |
| Kelbelle84@KaZaA | Zoegirl - Believe.mp3 | Zoegirl | 3,844KB | Audio |
| Kelbelle84@KaZaA | Lion King - Timon And Pumba - Hakunamatata.mp3 | Lion King | 1,472KB | Audio |
| Kelbelle84@KaZaA | AlbumArt_{2D43D486-3CF5-43DE-88DE-AF23367C2AAC}... | Unknown | 10KB | Image |
| Kelbelle84@KaZaA | Passini's Overtures to William Tell.mp3 | classical | 11,085KB | Audio |

Found 1548 files | 1,889,191 users online, sharing 495,802,009 files (47.0 | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Kelbelle84@KaZaA | AlbumArt_{2D43D486-3CF5-43DE-88DE-AF23367C2AAC}_... | Unknown | 10KB | Image |
| Kelbelle84@KaZaA | Rossini - Overture to William Tell.mp3 | classical | 11,085KB | Audio |
| Kelbelle84@KaZaA | Me Oh My.mp3 | Five Iron Frenzy | 2,125KB | Audio |
| Kelbelle84@KaZaA | Tarzan - Phil Collins - Strangers like me.mp3 | Phil Collins | 2,118KB | Audio |
| Kelbelle84@KaZaA | Rebecca St. James - Don't worry.mp3 | Rebecca St. James | 3,654KB | Audio |
| Kelbelle84@KaZaA | Disney's Mulan Soundtrack -.mp3 | Disney | 2,843KB | Audio |
| Kelbelle84@KaZaA | The Joy Of The Lord.mp3 | Breakaway Ministries | 2,214KB | Audio |
| Kelbelle84@KaZaA | AlbumArt_{2D43D486-3CF5-43DE-88DE-AF23367C2AAC}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | Matt Wertz - Somedays.mp3 | Matt Wertz | 2,592KB | Audio |
| Kelbelle84@KaZaA | AlbumArt_{39A06C39-5520-44E8-81C8-8DE0D5C3AB39}_... | Unknown | 10KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{39A06C39-5520-44E8-81C8-8DE0D5C3AB39}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | Comes Love.mp3 | Peter Cincotti | 4,000KB | Audio |
| Kelbelle84@KaZaA | Dixie Chicks - Landslide.mp3 | Dixie Chicks | 5,403KB | Audio |
| Kelbelle84@KaZaA | John mayer - Whole Again.mp3 | John Mayer | 1,858KB | Audio |
| Kelbelle84@KaZaA | John Williams - Jurassic Park Theme.mp3 | John Williams | 6,990KB | Audio |
| Kelbelle84@KaZaA | Pink - Most Girls.mp3 | Pink | 6,996KB | Audio |
| Kelbelle84@KaZaA | Vertical Horizon - You're a God.mp3 | Vertical Horizon | 4,272KB | Audio |
| Kelbelle84@KaZaA | Westside Story - When You're a Jet.mp3 | West Side Story | 1,980KB | Audio |
| Kelbelle84@KaZaA | AlbumArt_{06872FE1-60E6-418F-90E5-4CC1C160F042}_L... | Unknown | 8KB | Image |
| Kelbelle84@KaZaA | albumArt_... | Unknown | 1KB | Image |

Found 1,548 files | 1,889,191 users online, sharing 495,002,009 files (47.0... | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Kelbelle84@KaZaA | AlbumArt_{06B72EE1-B086-418F-90E5-4CC1C160F042}_L... | Unknown | 8KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{06B72EE1-B086-418F-90E5-4CC1C160F042}_... | Unknown | 1KB | Image |
| Kelbelle84@KaZaA | Zoegirl - Living For You.mp3 | Zoegirl | 3,584KB | Audio |
| Kelbelle84@KaZaA | AlbumArt_{74F955BB-F87E-4DF1-9422-63A79C870A34}_... | Unknown | 9KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{74F955BB-F87E-4DF1-9422-63A79C870A34}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | almost famous- tiny dancer.mp3 | Elton John | 7,354KB | Audio |
| Kelbelle84@KaZaA | AlbumArt_{C6A5C1A2-629A-43A0-A983-650CF11109C1}_... | Unknown | 10KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{C6A5C1A2-629A-43A0-A983-650CF11109C1}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{05F93397-76F1-4B86-AB33-C9DB36A1B741}_... | Unknown | 13KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{05F93397-76F1-4B86-AB33-C9DB36A1B741}_... | Unknown | 3KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{10D199CB-E4ED-4216-B5B1-E277FE9B5778}_... | Unknown | 19KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{10D199CB-E4ED-4216-B5B1-E277FE9B5778}_L... | Unknown | 6KB | Image |
| Kelbelle84@KaZaA | 80's - Michael Jackson - The Way You Make Me Feel.mp3 | Michael Jackson | 6,971KB | Audio |
| Kelbelle84@KaZaA | AlbumArt_{4400268C-8741-4DDF-B694-F94E8DC2673A}_... | Unknown | 1KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{4400268C-8741-4DDF-B694-F94E8DC2673A}_L... | Unknown | 6KB | Image |
| Kelbelle84@KaZaA | Steven Curtis Chapman - Dive.mp3 | Steven Curtis Chapman | 4,640KB | Audio |
| Kelbelle84@KaZaA | AlbumArt_{441C0457-B554-4218-93F0-CF2385C47360}_L... | Unknown | 10KB | Image |
| Kelbelle84@KaZaA | steven curtis chapman - Bring It On.mp3 | Steven Curtis Chapman | 4,008KB | Audio |
| Kelbelle84@KaZaA | AlbumArt_{441C0457-B554-4218-93F0-CF2385C47360}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | stephen Curtis chapman - FingerPrints of God.mp3 | Steven Curtis Chapman | 3,916KB | Audio |

Found 1548 files | 1,889,191 users online, sharing 495,002,009 files (47.0 | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Kelbelle84@KaZaA | AlbumArt_{441C0457-B554-4218-93F0-CF2385C47360}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | Stephen Curtis Chapman - FingerPrints of God.mp3 | Steven Curtis Chapman | 3,816KB | Audio |
| Kelbelle84@KaZaA | Hanson - Runaway Run.mp3 | Hanson | 4,358KB | Audio |
| Kelbelle84@KaZaA | AlbumArt_{450F14AE-3F1E-4910-9D84-435E5C15FC43}_... | Unknown | 9KB | Image |
| Kelbelle84@KaZaA | Outkast - Miss Jackson.mp3 | Outkast | 6,484KB | Audio |
| Kelbelle84@KaZaA | AlbumArt_{450F14AE-3F1E-4910-9D84-435E5C15FC43}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{462916CB-7F5D-4C6D-BEB6-E5C023FC5F2E}_... | Unknown | 12KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{462916CB-7F5D-4C6D-BEB6-E5C023FC5F2E}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{5B2BA14D-E93B-4AA5-BEBD-35156E35D943}_... | Unknown | 13KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{5B2BA14D-E93B-4AA5-BEBD-35156E35D943}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{5D2936CC-E704-4CC0-BF7A-3BF199B83448}_... | Unknown | 8KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{5D2936CC-E704-4CC0-BF7A-3BF199B83448}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{7EFE0943-B623-40DF-9C15-044E3BE76A57}_... | Unknown | 10KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{7EFE0943-B623-40DF-9C15-044E3BE76A57}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{80DE4AEE-E40D-4A66-93C7-0541965C5727}_... | Unknown | 8KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{80DE4AEE-E40D-4A66-93C7-0541965C5727}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{8574C6CA-E318-4D93-81C9-3E32F7CAA55A}_... | Unknown | 11KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{8574C6CA-E318-4D93-81C9-3E32F7CAA55A}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{AC20FE53-0FBA-4260-B850-E9885F84D2A7}_... | Unknown | 10KB | Image |
| kelbelle84@KaZaA | Soundtrack - Emma - Rachel Portman - 17 - Promenad.mp3 | Rachel Portman | 4,008KB | Audio |

Found 1548 files | 1,889,191 users online, sharing 495,002,009 files (47,0... | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Kelbelle84@kazaA | AlbumArt_{AD20FE53-0FBA-4260-8850-E9895F84D2A7}_... | Unknown | 10KB | Image |
| Kelbelle84@kazaA | Soundtrack - Emma - Rachel Portman - 17 - Proposal.mp3 | Rachel Portman | 4,098KB | Audio |
| Kelbelle84@kazaA | Emma Soundtrack -18 - End Titles.mp3 | Rachel Portman | 4,086KB | Audio |
| Kelbelle84@kazaA | Sarah McLachlan - Fumbling Towards Ecstacy.mp3 | Sarah McLaughlin | 4,090KB | Audio |
| Kelbelle84@kazaA | AlbumArt_{AD20FE53-0FBA-4260-8850-E9895F84D2A7}_... | Unknown | 2KB | Image |
| Kelbelle84@kazaA | AlbumArt_{B74D19DA-1CEF-4922-BD37-47409AF5E050}_... | Unknown | 6KB | Image |
| Kelbelle84@kazaA | rachel portman - The Dance.mp3 | Rachel Portman | 1,798KB | Audio |
| Kelbelle84@kazaA | Hanson - If Only.mp3 | Hanson | 3,167KB | Audio |
| Kelbelle84@kazaA | Emma - Main Titles - Rachel Portman.mp3 | Rachel Portman | 4,168KB | Audio |
| Kelbelle84@kazaA | AlbumArt_{B74D19DA-1CEF-4922-BD37-47409AF5E050}_... | Unknown | 1KB | Image |
| Kelbelle84@kazaA | AlbumArt_{B888024B-894D-4351-B390-6759CAD2EBAD}_... | Unknown | 12KB | Image |
| Kelbelle84@kazaA | AlbumArt_{B888024B-894D-4351-B390-6759CAD2EBAD}_... | Unknown | 3KB | Image |
| Kelbelle84@kazaA | David Crowder - I Need You.mp3 | David Crowder | 3,622KB | Audio |
| Kelbelle84@kazaA | AlbumArt_{BBA21D3C-0667-4D48-9CF7-3E5C665AE47D}_... | Unknown | 7KB | Image |
| Kelbelle84@kazaA | AlbumArt_{BBA21D3C-0667-4D48-9CF7-3E5C665AE47D}_... | Unknown | 2KB | Image |
| Kelbelle84@kazaA | Nichole Nordeman - Fool For You.mp3 | Nichole Nordeman | 2,960KB | Audio |
| Kelbelle84@kazaA | Nichole Nordeman - Doxology.mp3 | Nichole Nordeman | 3,726KB | Audio |
| Kelbelle84@kazaA | jars of clay - art in me.mp3 | Jars of Clay | 641KB | Audio |
| 3 Users | | | | |
| Kelbelle84@kazaA | Sara Groves - Going Home.mp3 | Sara Groves | 4,371KB | Audio |
| kelbelle84@kazaA | Splish-Splash (Bobby Darin).mp3 | Bobby Darin | 1,556KB | Audio |

Found 1548 Files    1,889,191 Users online, sharing 495,802,009 Files (47 D    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| Kelbelle84@KaZaA | Sara Groves - Going Home.mp3 | Sara Groves | 4,371KB | Audio |
| Kelbelle84@KaZaA | Splish Splash (Bobby Darin).MP3 | Bobby Darin | 1,556KB | Audio |
| Kelbelle84@KaZaA | Prince Of Egypt - Deliver Us.mp3 | Prince of Egypt | 7,199KB | Audio |
| Kelbelle84@KaZaA | POP-Celine Dione - Power Of The Dream.mp3 | Celine Dion | 4,188KB | Audio |
| Kelbelle84@KaZaA | I WANNA DO IT ALL.mp3 | Terri Clark | 1,357KB | Audio |
| Kelbelle84@KaZaA | the juliana theory - top of the world.mp3 | Mandy Moore | 3,158KB | Audio |
| Kelbelle84@KaZaA | Sakira - Whenever, Wherever.mp3 | Shakira | 3,115KB | Audio |
| Kelbelle84@KaZaA | Spirit Moves - In You.mp3 | Breakaway Ministries | 3,530KB | Audio |
| Kelbelle84@KaZaA | MercyMe - Holy and Annointed One.mp3 | Mercy Me | 2,648KB | Audio |
| Kelbelle84@KaZaA | Jennifer Day - The Fun Of Your Love.mp3 | Jennifer Day | 2,787KB | Audio |
| Kelbelle84@KaZaA | Jennifer Day - YEAH RIGHT.mp3 | Jennifer Day | 3,282KB | Audio |
| Kelbelle84@KaZaA | Andrea Boccelli - Por ti volaré.mp3 | Andrea Boccelli | 5,920KB | Audio |
| Kelbelle84@KaZaA | FFH-You Found Me.mp3 | FFH | 5,123KB | Audio |
| Kelbelle84@KaZaA | Naughty By Nature - Hip Hop Hooray.mp3 | Naughty By Nature | 4,136KB | Audio |
| Kelbelle84@KaZaA | Ace Of Base - All that she want´s (remix).mp3 | Ace of Base | 3,967KB | Audio |
| Kelbelle84@KaZaA | 98 Degrees - Invisible Man.mp3 | 98 Degrees | 4,440KB | Audio |
| Kelbelle84@KaZaA | ten sheckel shirt - Healer.mp3 | Ten Shekel Shirt | 3,603KB | Audio |
| Kelbelle84@KaZaA | Tchaikovsky - Swan Lake - Scene.mp3 | classical | 2,648KB | Audio |
| Kelbelle84@KaZaA | Schubert - Spring Song.mp3 | classical | 2,596KB | Audio |
| kelbelle84@Kazaa | album.txt_d470BF770-2675-4683-9FDC8R15780401-7413_1 | Unknown | 10KB | Image |

Found 1548 files | 1,889,191 users online, sharing 495,802,009 files (47.0 | Not sharing any files

| Filename | Artist | Size | Media Type |
|---|---|---|---|
| Schubert - Spring Song.mp3 | classical | 2,596KB | Audio |
| AlbumArt_{479BE779-2675-4683-9EDC-B1578A401741}_L... | Unknown | 10KB | Image |
| AlbumArt_{479BE779-2675-4683-9EDC-B1578A401741}_... | Unknown | 2KB | Image |
| AlbumArt_{4B6FE128-7BE7-495A-A81A-973F34D7D2BF}_L... | Unknown | 8KB | Image |
| AlbumArt_{4B6FE128-7BE7-495A-A81A-973F34D7D2BF}_... | Unknown | 2KB | Image |
| AlbumArt_{57BF256E-9215-49E6-938F-474EBBF8BC8F}_L... | Unknown | 5KB | Image |
| AlbumArt_{57BF256E-9215-49E6-938F-474EBBF8BC8F}_... | Unknown | 1KB | Image |
| AlbumArt_{5CD3B579-FA84-4CA4-B93C-CBD50CC35EE6}_... | Unknown | 8KB | Image |
| AlbumArt_{5CD3B579-FA84-4CA4-B93C-CBD50CC35EE6}_... | Unknown | 2KB | Image |
| AlbumArt_{6D25838F-582C-4668-9AE5-2E29F8500FE7}_L... | Unknown | 8KB | Image |
| AlbumArt_{6D25838F-582C-4668-9AE5-2E29F8500FE7}_... | Unknown | 2KB | Image |
| AlbumArt_{6EE09760-C783-41DC-BE07-05FF36D43268}_... | Unknown | 10KB | Image |
| AlbumArt_{6EE09760-C783-41DC-BE07-05FF36D43268}_... | Unknown | 2KB | Image |
| AlbumArt_{7D724BA6-50DF-4BF6-A7CE-B35012A47C63}_... | Unknown | 9KB | Image |
| AlbumArt_{7D724BA6-50DF-4BF6-A7CE-B35012A47C63}_... | Unknown | 2KB | Image |
| AlbumArt_{8CF261FD-54AF-438B-BCEF-07CC6846BA69}_... | Unknown | 8KB | Image |
| AlbumArt_{8CF261FD-54AF-438B-BCEF-07CC6846BA69}_... | Unknown | 2KB | Image |
| AlbumArt_{9110E68F-8E92-4F14-B1E9-F85EDFEB53A1}_L... | Unknown | 7KB | Image |
| AlbumArt_{9110E68F-8E92-4F14-B1E9-F85EDFEB53A1}_... | Unknown | 2KB | Image |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Kelbelle84@KaZaA | AlbumArt_{9110E68F-8E92-4F14-B1E9-F85EDFEB53A1}... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{96822F73-264B-4756-8092-E5EA5A3E0247}_L... | Unknown | 12KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{96822F73-264B-4756-8092-E5EA5A3E0247}_... | Unknown | 3KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{9C1FEDEB-04B4-4E2B-A9B6-F61E5D0029BD}_... | Unknown | 9KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{9C1FEDEB-04B4-4E2B-A9B6-F61E5D0029BD}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{A0C95155-1A24-44CE-8D76-3175683982D5}_... | Unknown | 6KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{A0C95155-1A24-44CE-8D76-3175683982D5}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{B4E30A23-BE7E-4698-B3A3-E093D974D4D}_... | Unknown | 11KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{B4E30A23-BE7E-4698-B3A3-E093D974D4D}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{BA64A052-D575-4D6E-A0F3-E0B2F1C0EC3F}_... | Unknown | 9KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{BA64A052-D575-4D6E-A0F3-E0B2F1C0EC3F}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{BEC6D2CD-E8CA-46B5-9934-88F30049244 9}_... | Unknown | 8KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{BEC6D2CD-E8CA-46B5-9934-88F30049244 9}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{C15901E4-A001-4215-933E-D1AB52C0934F}_... | Unknown | 8KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{C15901E4-A001-4215-933E-D1AB52C0934F}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{C4426388-5952-4EE0-BA2E-DADDB7CDDE6E}_... | Unknown | 8KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{C4426388-5952-4EE0-BA2E-DADDB7CDDE6E}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{C46DFD2E-BB50-438A-AFF5-5A0BACFC7DAC}... | Unknown | 7KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{C46DFD2E-BB50-438A-AFF5-5A0BACFC7DAC}... | Unknown | 1KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{C74F93F8-7145-4FB1-9B3B-8BA6C10DD366}... | Unknown | 4KB | Image |

Found 1548 files

1,889,191 users online, sharing 495,002,009 files (47,0... Not sharing any files



Kazaa - [Search]

File  View  Player  Tools  Actions  Help

New search | Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Kelbelle84@KaZaA | AlbumArt_{EC837B0E-B281-4875-8F07-0FE1D109B881}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{EF077267-C6DD-4C57-91BD-C6AC5DF73F74}_... | Unknown | 8KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{EF077267-C6DD-4C57-91BD-C6AC5DF73F74}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{F30C3A7D-B921-4D89-86AD-974BD619F1F1}_... | Unknown | 5KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{F30C3A7D-B921-4D89-86AD-974BD619F1F1}_... | Unknown | 1KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{FB2833EB-B803-4A3F-962C-C21574 6CBC69}_... | Unknown | 12KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{FB2833EB-B803-4A3F-962C-C21574 6CBC69}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{FD142F4B-6B9F-49F6-BF4A-7C6768294961}_L... | Unknown | 10KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{FD142F4B-6B9F-49F6-BF4A-7C6768294961}_... | Unknown | 2KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{FDF1BBC5-D6A1-4196-A56F-C92C723CD6F7}_... | Unknown | 5KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{FDF1BBC5-D6A1-4196-A56F-C92C723CD6F7}_... | Unknown | 1KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{FFD1AEF6-8FD6-4752-9BCC-69E152DD8A68}_... | Unknown | 5KB | Image |
| Kelbelle84@KaZaA | AlbumArt_{FFD1AEF6-8FD6-4752-9BCC-69E152DD8A68} | Unknown | 1KB | Image |
| Kelbelle84@KaZaA | A Teens-UpsideDown.mp3 | A*Teens | 2,283KB | Audio |
| Kelbelle84@KaZaA | Breakaway - Clap Your Hands.mp3 | Breakaway | 2,566KB | Audio |
| Kelbelle84@KaZaA | Breakaway - Holy, Holy, Holy.mp3 | Breakaway | 3,304KB | Audio |
| Kelbelle84@KaZaA | Breakaway - Lord, I Lift Your Name on High.mp3 | Breakaway | 2,471KB | Audio |
| Kelbelle84@KaZaA | Breakaway - Meet With Me.mp3 | Breakaway | 4,325KB | Audio |

2 Users

| | Breakaway - Shine Jesus Shine.mp3 | Breakaway | 3,109KB | Audio |
| | Breakaway Ministries - Spirit Fall On Me.mp3 | Breakaway Ministries | 2,550KB | Audio |

Found 1548 files | 1,889,191 users online, sharing 495,802,009 files (47.0... | Not sharing any files