UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VIRGIN RECORDS AMERICA, INC., *et al.*,

   Plaintiffs,

   v.

JOHN DOES 1-35,

   Defendants.

Civil Action No. 04-093 (CKK)

**ORDER**

    In keeping with the accompanying Memorandum Opinion, it is this 11th day of January, 2006, hereby

    **ORDERED** that [4] Plaintiffs' Motion for Leave to Take Immediate Discovery is **GRANTED**. Plaintiffs will be allowed to serve immediate discovery on Verizon to obtain the identity of each John Doe Defendant by serving a Rule 45 subpoena that seeks information sufficient to identify each Defendant, including name, address, telephone number, email address, and Media Access Control address. Any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights as set forth in the Complaint. If and when Verizon is served with a subpoena, Verizon shall give written notice, which can include use of email, to the subscribers in question within five business days. If Verizon and/or any Defendant want to move to quash the subpoena, the party must do so before the return date of the subpoena, which shall be 25 days from the date of service. Verizon shall preserve any subpoenaed information pending the resolution of any timely filed motion to quash. It is further

**ORDERED** that Plaintiffs shall provide Verizon a copy of this Memorandum Opinion and Order along with its subpoena.


January 11, 2006                              _____/s/_____
                                              COLLEEN KOLLAR-KOTELLY
                                              United States District Judge