UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., ET. AL., <br><br>  Plaintiffs, <br><br>  vs. <br><br> DOES 1 - 35, <br><br>  Defendants. | Civil Action No. 1:05-cv-1918 |

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given of the appearance of Matthew J. Oppenheim, Esq., 7304 River Falls Drive, Potomac, MD 20854, (301) 299-4986, on behalf of Plaintiffs Virgin Records America, Inc., Arista Records LLC, Capitol Records, Inc., SONY BMG MUSIC ENTERTAINMENT, Atlantic Recording Corporation, BMG Music, Warner Bros. Records Inc., Priority Records LLC, UMG Recordings, Inc., Elektra Entertainment Group, Inc., Motown Record Company, L.P., Fonovisa, Inc., Interscope Records, Loud Records LLC, Maverick Recording Company and London-Sire Records Inc.. Peter Strand of Shook, Hardy & Bacon, L.L.P. hereby notifies the Court of his withdrawal as counsel of record for Plaintiffs.

Dated February 15, 2006

        Matthew J. Oppenheim, Esq.

        */s/ Matthew J. Oppenheim*

        Matthew J. Oppenheim, Esq.
        DC Bar #443698
        7304 River Falls Drive
        Potomac, MD 20854
        (301) 299-4986

        Attorney for Plaintiffs Virgin Records America, Inc., Arista Records LLC, Capitol Records, Inc., SONY BMG MUSIC ENTERTAINMENT, Atlantic Recording Corporation, BMG Music, Warner Bros. Records Inc., Priority Records LLC, UMG Recordings, Inc., Elektra Entertainment Group, Inc., Motown Record Company, L.P., Fonovisa, Inc., Interscope Records, Loud Records LLC, Maverick Recording Company and London-Sire Records Inc..

        SHOOK, HARDY & BACON L.L.P.

        */s/ Peter Strand /cap*

        Peter Strand, Esq.
        DC Bar No. 481870
        Shook, Hardy and Bacon, L.L.P.
        Hamilton Square
        600 14th Street, N.W., Suite 800
        Washington, D.C. 20005-2004

        WITHDRAWING ATTORNEY