CLOSED, TYPE-E

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01023-HHK

SONY MUSIC ENTERTAINMENT INC. et al v. DOES  
Assigned to: Judge Henry H. Kennedy  
Cause: 17:501 Copyright Infringement

Date Filed: 06/22/2004  
Jury Demand: None  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2004 | 1 | COMPLAINT against DOES (Filing fee $ 150.) filed by ARISTA RECORDS, INC., ATLANTIC RECORDING CORPORATION, BMG MUSIC, CAPITOL RECORDS, INC., CAROLINE RECORDS, INC., ELEKTRA ENTERTAINMENT GROUP, FONOVISA, INC., INTERSCOPE RECORDS, LONDON-SIRE RECORDS INC., LOUD RECORDS LLC, MAVERICK RECORDING COMPANY, MOTOWN RECORD COMPANY, L.P., PRIORITY RECORDS LLC, SONY MUSIC ENTERTAINMENT INC., UMG RECORDINGS, VIRGIN RECORDS AMERICA, INC., WARNER BROS. RECORDS INC.. (Attachments: # 1 Exhibit)(bcs, ) (Entered: 06/25/2004) |
| 06/22/2004 | 2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ALL PLAINTIFFS. (bcs, ) (Entered: 06/25/2004) |
| 06/22/2004 | 3 | MOTION for Leave to take immediate discovery by ARISTA RECORDS, INC., ATLANTIC RECORDING CORPORATION, BMG MUSIC, CAPITOL RECORDS, INC., CAROLINE RECORDS,INC., ELEKTRA ENTERTAINMENT GROUP, FONOVISA,INC., INTERSCOPE RECORDS, LONDON-SIRE RECORDS INC., LOUD RECORDS LLC, MAVERICK RECORDING COMPANY, MOTOWN RECORD COMPANY, L.P., PRIORITY RECORDS LLC, SONY MUSIC ENTERTAINMENT INC., UMG RECORDINGS, VIRGIN RECORDS AMERICA,INC., WARNER BROS. RECORDS INC.. (Attachments: # 1 # 2 # 3 # 4 # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit # 15 Exhibit # 16 Exhibit # 17 Exhibit # 18 Exhibit # 19 Exhibit # 20 Exhibit # 21 Exhibit # 22 Exhibit # 23 Exhibit # 24 Exhibit # 25 Exhibit # 26 Exhibit # 27 Exhibit # 28 Exhibit # 29 Exhibit # 30 Exhibit # 31 Exhibit # 32 Exhibit # 33 Exhibit # 34 Exhibit)(bcs, ) (Entered: 06/25/2004) |
| 06/29/2004 | 4 | NOTICE of Appearance by James A. Trilling on behalf of all plaintiffs (Trilling, James) (Entered: 06/29/2004) |

| 07/02/2004 | | Minute order granting 3 plaintiffs' motion for leave to take immediate discovery. Signed by Judge Henry H. Kennedy, Jr., on July 2, 2004. Official paperless order (FL, ) (Entered: 07/02/2004) |
|---|---|---|
| 07/28/2004 | 5 | NOTICE of Voluntary Dismissal re Defendant Doe 97 *With Prejudice* (Trilling, James) (Entered: 07/28/2004) |
| 07/30/2004 | 6 | MOTION to Quash subpoena duces tecum served upon verizon internet services, inc by DOES #87. (Attachments: # 1 Exhibit Declaration of Doe #87# 2 Exhibit A# 3 Text of Proposed Order) (rje, ) (Entered: 08/04/2004) |
| 08/09/2004 | 7 | Consent MOTION for Extension of Time to File *Response to Motion to Quash* by ARISTA RECORDS, INC., ATLANTIC RECORDING CORPORATION, BMG MUSIC, CAPITOL RECORDS, INC., CAROLINE RECORDS, INC., ELEKTRA ENTERTAINMENT GROUP, FONOVISA, INC., INTERSCOPE RECORDS, LONDON-SIRE RECORDS INC., LOUD RECORDS LLC, MAVERICK RECORDING COMPANY, MOTOWN RECORD COMPANY, L.P., PRIORITY RECORDS LLC, SONY MUSIC ENTERTAINMENT INC., UMG RECORDINGS, VIRGIN RECORDS AMERICA, INC., WARNER BROS. RECORDS INC.. (Attachments: # 1 Text of Proposed Order)(Trilling, James) (Entered: 08/09/2004) |
| 08/09/2004 | | Minute order granting 7 plaintiffs' consented to motion for enlargement of time to respond to defendant Doe 87"s motion to quash. Signed by Judge Henry H. Kennedy, Jr., on August 9, 2004. Official paperless order (FL, ) (Entered: 08/09/2004) |
| 08/09/2004 | | Schedule re 7: Plaintiffs' opposition shall be served on or before August 18, 2004; defendant Doe 87 is granted an extension of three days to file her reply to plaintiffs' opposition; and defendant Doe 87's reply shall be served on or before September 2, 2004. (FL, ) (Entered: 08/09/2004) |
| 08/09/2004 | 8 | NOTICE of Voluntary Dismissal re Defendant Doe 152 *With Prejudice* (Trilling, James) (Entered: 08/09/2004) |
| 08/13/2004 | 9 | NOTICE of Voluntary Dismissal re Defendant Doe 138 *With Prejudice* (Trilling, James) (Entered: 08/13/2004) |
| 08/13/2004 | 10 | NOTICE of Voluntary Dismissal re Defendant Doe 87 *With Prejudice* (Trilling, James) (Entered: 08/13/2004) |
| 08/17/2004 | 11 | NOTICE by ARISTA RECORDS, INC., ATLANTIC RECORDING CORPORATION, BMG MUSIC, CAPITOL RECORDS, INC., CAROLINE RECORDS, INC., ELEKTRA ENTERTAINMENT GROUP, FONOVISA, INC., INTERSCOPE RECORDS, LONDON-SIRE RECORDS INC., LOUD RECORDS LLC, MAVERICK RECORDING COMPANY, MOTOWN RECORD COMPANY, L.P., PRIORITY RECORDS LLC, SONY MUSIC ENTERTAINMENT INC., UMG RECORDINGS, VIRGIN |

| | | |
|---|---:|---|
| | | RECORDS AMERICA, INC., WARNER BROS. RECORDS INC. re [6](#) MOTION to Quash *Subpoena Filed by Former Defendant Doe 87* (Trilling, James) (Entered: 08/17/2004) |
| 08/17/2004 | 12 | MOTION to Quash Subpoena by DOE, alledged IP Address 68.161.206.146 on 2004 (jf, ) (Entered: 08/18/2004) |
| 08/19/2004 | 13 | NOTICE of Voluntary Dismissal re Defendants Does 5 and 6 *Without Prejudice* (Trilling, James) (Entered: 08/19/2004) |
| 08/23/2004 | 14 | NOTICE of Voluntary Dismissal re Defendant Doe 183 *Without Prejudice* (Trilling, James) (Entered: 08/23/2004) |
| 08/23/2004 | 15 | NOTICE of Voluntary Dismissal re Defendant Doe 53 *With Prejudice* (Trilling, James) (Entered: 08/23/2004) |
| 08/30/2004 | 16 | Memorandum in opposition to motion re 12 *Defendant Doe 4's Motion to Quash Subpoena* filed by ARISTA RECORDS, INC., ATLANTIC RECORDING CORPORATION, BMG MUSIC, CAPITOL RECORDS, INC., CAROLINE RECORDS, INC., ELEKTRA ENTERTAINMENT GROUP, FONOVISA, INC., INTERSCOPE RECORDS, LONDON-SIRE RECORDS INC., LOUD RECORDS LLC, MAVERICK RECORDING COMPANY, MOTOWN RECORD COMPANY, L.P., PRIORITY RECORDS LLC, SONY MUSIC ENTERTAINMENT INC., UMG RECORDINGS, VIRGIN RECORDS AMERICA, INC., WARNER BROS. RECORDS INC.. (Attachments: # 1 Exhibit A to Plaintiffs' Opposition to Defendant Doe 4's Motion to Quash)(Trilling, James) (Entered: 08/30/2004) |
| 08/31/2004 | 17 | NOTICE of Voluntary Dismissal re Defendant Doe 137 *With Prejudice* (Trilling, James) (Entered: 08/31/2004) |
| 09/02/2004 | | MINUTE ORDER denying 6 Motion to Quash as the motion is moot in light of Dismissal. (Kennedy, Henry) (Entered: 09/02/2004) |
| 09/02/2004 | | MINUTE ORDER denying 12 Motion to Quash. (Kennedy, Henry) (Entered: 09/02/2004) |
| 09/09/2004 | 18 | NOTICE of Voluntary Dismissal re Defendant Doe 124 *With Prejudice* (Trilling, James) (Entered: 09/09/2004) |
| 09/09/2004 | 19 | NOTICE of Voluntary Dismissal re Defendant Doe 57 *With Prejudice* (Trilling, James) (Entered: 09/09/2004) |
| 09/14/2004 | 20 | NOTICE of Voluntary Dismissal re Defendant Doe 18 *Without Prejudice* (Trilling, James) (Entered: 09/14/2004) |
| 09/15/2004 | 21 | NOTICE of Voluntary Dismissal re Defendant Doe 188 *With Prejudice* (Trilling, James) (Entered: 09/15/2004) |
| 09/16/2004 | 22 | NOTICE of Voluntary Dismissal re Defendant Doe 145 *Without Prejudice* (Trilling, James) (Entered: 09/16/2004) |
| 09/17/2004 | 23 | NOTICE of Voluntary Dismissal re Defendant Doe 123 *Without* |

| | | |
|---|---|---|
| | | *Prejudice* (Trilling, James) (Entered: 09/17/2004) |
| 09/17/2004 | 24 | NOTICE of Voluntary Dismissal re Defendant Doe 7 *With Prejudice* (Trilling, James) (Entered: 09/17/2004) |
| 09/17/2004 | 25 | NOTICE of Voluntary Dismissal re Defendant Doe 49 *With Prejudice* (Trilling, James) (Entered: 09/17/2004) |
| 09/17/2004 | 26 | NOTICE of Voluntary Dismissal re Defendant Doe 206 *Without Prejudice* (Trilling, James) (Entered: 09/17/2004) |
| 09/21/2004 | 27 | NOTICE of Voluntary Dismissal re Defendant Doe 44 *Without Prejudice* (Trilling, James) (Entered: 09/21/2004) |
| 09/22/2004 | 28 | NOTICE of Voluntary Dismissal re Defendant Doe 71 *Without Prejudice* (Trilling, James) (Entered: 09/22/2004) |
| 09/22/2004 | 29 | NOTICE of Voluntary Dismissal re Defendant Doe 10 *With Prejudice* (Trilling, James) (Entered: 09/22/2004) |
| 09/23/2004 | 30 | NOTICE of Voluntary Dismissal re Defendant Doe 165 *With Prejudice* (Trilling, James) (Entered: 09/23/2004) |
| 09/23/2004 | 31 | NOTICE of Voluntary Dismissal re Defendants Doe 14, 15, 33, 38, 42, 45, 46, 47, 78, 91, 99, 111, 118, 128, 150, 170, 171, 192, and 205 *Without Prejudice* (Attachments: # 1 Exhibit A to Notice of Voluntary Dismissal of Defendants Doe 14, 15, 33, 38, 42, 45, 46, 47, 78, 91, 99, 111, 118, 128, 150, 170, 171, 192, and 205)(Trilling, James) (Entered: 09/23/2004) |
| 09/28/2004 | 32 | NOTICE of Voluntary Dismissal re Defendant Doe 119 *With Prejudice* (Trilling, James) (Entered: 09/28/2004) |
| 09/28/2004 | 33 | NOTICE of Voluntary Dismissal re Defendants Doe 54 and Doe 60 *Without Prejudice* (Trilling, James) (Entered: 09/28/2004) |
| 09/28/2004 | 34 | NOTICE of Voluntary Dismissal re Defendant Doe 198 *Without Prejudice* (Trilling, James) (Entered: 09/28/2004) |
| 09/28/2004 | 35 | NOTICE of Voluntary Dismissal re Defendant Doe 110 *With Prejudice* (Trilling, James) (Entered: 09/28/2004) |
| 09/28/2004 | 36 | NOTICE of Voluntary Dismissal re Defendant Doe 115 *Without Prejudice* (Trilling, James) (Entered: 09/28/2004) |
| 10/05/2004 | 37 | NOTICE of Voluntary Dismissal re Defendant Doe 134 *With Prejudice* (Trilling, James) (Entered: 10/05/2004) |
| 10/05/2004 | 38 | NOTICE of Voluntary Dismissal re Defendant Doe 105 *With Prejudice* (Trilling, James) (Entered: 10/05/2004) |
| 10/08/2004 | 39 | NOTICE of Voluntary Dismissal re Defendants Doe 74 and Doe 95 *Without Prejudice* (Trilling, James) (Entered: 10/08/2004) |
| 10/12/2004 | 40 | NOTICE of Voluntary Dismissal re Defendant Doe 36 *Without Prejudice* (Trilling, James) (Entered: 10/12/2004) |

| | | |
|---|---|---|
| 10/18/2004 | 41 | NOTICE of Voluntary Dismissal re Defendant Doe 94 *With Prejudice* (Trilling, James) (Entered: 10/18/2004) |
| 10/18/2004 | 42 | NOTICE of Voluntary Dismissal re Defendant Doe 200 *With Prejudice* (Trilling, James) (Entered: 10/18/2004) |
| 10/18/2004 | 43 | NOTICE of Voluntary Dismissal re Defendant Doe 154 *Without Prejudice* (Trilling, James) (Entered: 10/18/2004) |
| 10/18/2004 | 44 | NOTICE of Voluntary Dismissal re Defendant Doe 133 *With Prejudice* (Trilling, James) (Entered: 10/18/2004) |
| 10/18/2004 | 45 | NOTICE of Voluntary Dismissal re Defendant Doe 173 *With Prejudice* (Trilling, James) (Entered: 10/18/2004) |
| 10/18/2004 | 46 | NOTICE of Voluntary Dismissal re Defendant Doe 193 *Without Prejudice* (Trilling, James) (Entered: 10/18/2004) |
| 10/18/2004 | 47 | NOTICE of Voluntary Dismissal re Defendant Doe 88 *With Prejudice* (Trilling, James) (Entered: 10/18/2004) |
| 10/18/2004 | 48 | NOTICE of Voluntary Dismissal re Defendant Doe 3 *With Prejudice* (Trilling, James) (Entered: 10/18/2004) |
| 10/18/2004 | 49 | NOTICE of Voluntary Dismissal re Defendant Doe 2 *With Prejudice* (Trilling, James) (Entered: 10/18/2004) |
| 10/18/2004 | 50 | NOTICE of Voluntary Dismissal re Defendant Doe 161 *With Prejudice* (Trilling, James) (Entered: 10/18/2004) |
| 10/18/2004 | 51 | NOTICE of Voluntary Dismissal re Defendants Doe 1, 2, 4, 8, 9, 11, 12, 13, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 34, 35, 37, 39, 40, 41, 43, 48, 50, 51, 52, 55, 56, 58, 59, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 72, 73, 75, 76, 77, 79, 80, 81, 82, 83, 84, 85, 86, 89, 90, 92, 93, 96, 98, 100, 101, 102, 103, 104, 106, 107, 108, 109, 112, 113, 116, 117, 120, 121, 122, 125, 126, 127, 129, 130, 131, 132, 135, 136, 139, 140, 141, 142, 143, 144, 146, 147, 148, 149, 151, 153, 155, 156, 157, 158, 159, 160, 162, 163, 164, 166, 167, 168, 169, 172, 174, 175, 176, 177, 178, 179, 180, 181, 182, 184, 185, 186, 187, 189, 190, 191, 194, 195, 196, 197, 199, 200, 201, 202, 203 and 204 *Without Prejudice* (Attachments: # 1 Attachment A to Notice of Voluntary Dismissal of Defendants Doe 1, 2, 4, 8, 9, 11, 12, 13, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 34, 35, 37, 39, 40, 41, 43, 48, 50, 51, 52, 55, 56, 58, 59, 61, 62, 63, 64, 65, 66, 67, 68, et al.)(Trilling, James) (Entered: 10/18/2004) |
| 10/19/2004 | 52 | AMENDED COMPLAINT against CLEO HARRIS filed by ARISTA RECORDS, INC., BMG MUSIC, ELEKTRA ENTERTAINMENT GROUP, SONY MUSIC ENTERTAINMENT INC., UMG RECORDINGS. (Attachments: # 1 Exhibit A# 2 Exhibit B)(nmw, ) (Entered: 10/19/2004) |
| 10/19/2004 | 53 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by plaintiffs. (nmw, ) (Entered: |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | 10/19/2004)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        |
| 10/19/2004 |    | Summons Issued as to CLEO HARRIS. (lc, ) (Entered: 10/19/2004)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |
| 10/19/2004 | 54 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. CLEO HARRIS served on 10/19/2004, answer due 11/8/2004 (Trilling, James) (Entered: 10/19/2004)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |
| 10/21/2004 | 55 | ERRATA *Plaintiffs' Amended Notice of Voluntary Dismissal of Defendants Doe 13, Doe 174, and Doe 175* by ARISTA RECORDS, INC., ATLANTIC RECORDING CORPORATION, BMG MUSIC, CAPITOL RECORDS, INC., CAROLINE RECORDS, INC., ELEKTRA ENTERTAINMENT GROUP, FONOVISA, INC., INTERSCOPE RECORDS, LONDON-SIRE RECORDS INC., LOUD RECORDS LLC, MAVERICK RECORDING COMPANY, MOTOWN RECORD COMPANY, L.P., PRIORITY RECORDS LLC, SONY MUSIC ENTERTAINMENT INC., UMG RECORDINGS, VIRGIN RECORDS AMERICA, INC., WARNER BROS. RECORDS INC.. (Trilling, James) (Entered: 10/21/2004)                                                                                                                                                                                                                                                   |
| 12/21/2004 | 56 | MOTION for Entry of Default by BMG MUSIC, ELEKTRA ENTERTAINMENT GROUP, SONY MUSIC ENTERTAINMENT INC., UMG RECORDINGS, ARISTA RECORDS, INC.. (Attachments: # 1 Declaration of James A. Trilling in Support of Plaintiffs' Request for the Clerk to Enter Default# 2 Exhibit A to Declaration of James A. Trilling in Support of Plaintiffs' Request for the Clerk to Enter Default# 3 Proposed Default by Clerk)(Trilling, James) (Entered: 12/21/2004)                                                                                                                                                                                                                                                                                                                                                               |
| 01/18/2005 | 57 | Order granting 56 motion for entry of default against defendant, Cleo Harris. Signed by Judge Henry H. Kennedy, Jr., on January 18,2005. (FL, ) (Entered: 01/18/2005)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                               |
| 02/16/2005 | 58 | Clerk's ENTRY OF DEFAULT as to CLEO HARRIS (lc, ) (Entered: 02/22/2005)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            |
| 03/11/2005 | 59 | NOTICE *of Entry of Default By Clerk as to Cleo Harris* by BMG MUSIC, ELEKTRA ENTERTAINMENT GROUP, SONY MUSIC ENTERTAINMENT INC., UMG RECORDINGS, ARISTA RECORDS, INC. (Attachments: # 1 Exhibit Order of Default by Clerk)(Vandenberg, Martina) (Entered: 03/11/2005)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
| 04/08/2005 | 60 | MOTION for Default Judgment as to *Defendant Cleo Harris* by BMG MUSIC, ELEKTRA ENTERTAINMENT GROUP, SONY MUSIC ENTERTAINMENT INC., UMG RECORDINGS, ARISTA RECORDS, INC.. (Attachments: # 1 Exhibit Declaration of Martina E. Vandenberg in Suport of Plaintiffs' Application for Entry of Default Judgment by the Court# 2 Exhibit Exhibit A to Declaration of Martina E. Vandenberg in Support of Plaintiffs' Application for Entry of Default Judgment by the Court# 3 Text of Proposed Order)(Vandenberg, Martina) (Entered: 04/08/2005) |
| 06/07/2005 | 61 | Default Judgment and Permanent Injunction. Signed by Judge Henry                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   |

| | | H. Kennedy, Jr., on June 7, 2005. (FL, ) (Entered: 06/07/2005) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/16/2006 20:06:31 | | | |
| **PACER Login:** | jj0001 | **Client Code:** | 48983-00120 |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-01023-HHK |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |