UNITED STATES DISTRICT COURT

DISTRICT OF DISTRICT OF COLUMBIA

VIRGIN RECORDS AMERICA, INC.;
ARISTA RECORDS LLC; CAPITAL
RECORDS, INC.; SONY BMG MUSIC
ENTERTAINMENT; ATLANTIC
RECORDING CORPORATION; BMG
MUSIC; WARNER BROS. RECORDS INC.;
PRIORITY RECORDS LLC; UMG
RECORDINGS, INC.; ELEKTRA
ENTERTAINMENT GROUP INC.; MOTOWN
RECORD COMPANY, L.P. FONOVISA, INC.;
INTERSCOPE RECORDS; LOUD RECORDS,
LLC; MAVERICK RECORDING COMPANY;
and LONDON-SIRE RECORDS, INC.

*Let this be filed*
*Judge CKolla-Kotelly*
*2/9/06*

                        Plaintiffs

V.                                          Case No. 1:05-CV-01918

DOES 1 – 35

                        Defendants

## MOTION OF DOE #18 TO QUASH DUE TO LACK OF PERSONAL JURISDICTION AND SUPPORTING AFFIDAVIT

Doe #18 hereby moves in *pro per* for the Court to quash the subpoena issued to its ISP

162.84.109.12 on the grounds that the Doe is not subject to personal jurisdiction in this location.

The basis for this claim is that I do not have sufficient contacts with the District of Columbia to

justify requiring me to respond to this lawsuit outside of my jurisdiction and so far away from

my home.  Further information is included in the affidavit below.

*Doe #18*

Doe #18

Date: January 31, 2006

### Affidavit of Doe #18

I, Doe #18, do hereby declare:

1. I understand that I have been sued in the District of Columbia.

2. I have no regular contact with the District of Columbia. I do not live in the District of Columbia, now; nor have I ever lived in the District of Columbia. I live in Fredericksburg, Virginia. I have no postal address, offices, residences, or telephone listings in the District of Columbia.

3. I have never owned, used or possessed any real or tangible personal property located in the District of Columbia.

4. I have never contracted with any person or for any property within the District of Columbia. I have no offices, real estate, bank accounts or tangible personal property within the District of Columbia. I have no agents in the District of Columbia.

5. I have never sold any products or services to anyone within the District of Columbia.

6. I have never acted as the director, manager, trustee, or other officer of any corporation incorporated under the laws of, or having its principal place of business within the District of Columbia. I have never registered with the District of Columbia to transact business there.

7. In the past I have rarely visited the District of Columbia for personal purposes, but never for business. I have never stayed overnight in the District of Columbia in the last fifty (50) years.

8. None of my visits to the District of Columbia had any relationship to the matter for which I am being sued, namely my alleged use of filesharing systems from my home in Fredericksburg, Virginia.

9. Prior to this case, I have never been sued in the District of Columbia or held to be subject to the jurisdiction of the District of Columbia.

10. My only contact with the District of Columbia is because the Internet Service Provider I use has its principal place of business in this location.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was signed in Fredericksburg, Virginia.

Doe #18

Signed:       Doe #18

Dated: January 31, 2006

## Proof of Service

I, Alexis A. Sherrill, am over 18 years of age and am not a party to the lawsuit discussed above. On this date, I used U.S. mail to send a copy of the Motion to Quash and Declaration of Doe in Support of Motion to Quash to:

Peter Strand
Shook, Hardy & Bacon, L.L.P.
Hamilton Square
600 14th Street, N.W., Suite 800
Washington, DC 20005-2004

Verizon Internet Services, Inc.
1880 Campus Commons Drive
Reston, VA 20191

Verizon Online Security
4055 Corporate Drive
Mailcode HQGA1M52
Grapevine, TX 76051

Alexis S. Sherrill

January 31, 2006

Clerk
District of Columbia District Court
1225 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC  20001

RE:   **Virgin Records America, Inc., et al. v. Does 1 – 35**
      **Case No. 1:05-CV-01918**

Dear Clerk,

     Enclosed is an original motion to Quash due to lack of personal jurisdiction and a supporting affidavit and two copies with pre-addressed and pre-paid envelopes.  Would you kindly date stamp these two copies and mail them in the pre-addressed and pre-stamped envelopes to:

Verizon Online Security
4055 Corporate Drive
Mailcode HQGA1M52
Grapevine, TX  76051

Verizon Internet Services, Inc.
1880 Campus Commons Drive
Reston, VA  20191

     Thank you very much.

Very truly yours,

Doe #18

Signed: Doe #18