UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VIRGIN RECORDS AMERICA, INC., *et al.*,

Plaintiffs,

v.

JOHN DOES 1-35,

Defendants.

Civil Action No. 05-1918 (CKK)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 18th day of April, 2006, hereby

**ORDERED** that [9] Defendant Doe #18's Motion to Quash Plaintiffs' Subpoena Due to Lack of Personal Jurisdiction is DENIED WITHOUT PREJUDICE.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　United States District Judge